IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>MELISSA CARMONA VALENZUELA,<br>and JOSE MUNOZ PERDOMO,<br><br>    Defendants. | 4:19CR3048<br><br>ORDER |

    Defendant Valenzuela moved to continue the pretrial motion deadline, (Filing No. 63), because Defendant needs additional time to investigate this case and consider whether pretrial motions should be filed. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

    IT IS ORDERED:

1)     Defendant's motion to continue, (Filing No. 63), is granted.

2)     **As to both defendants**, pretrial motions and briefs shall be filed on or before June 24, 2019.

3)     **As to both defendants**, trial of this case remains scheduled to commence on July 29, 2019.

4)     The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to both defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and July 29, 2019, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1), (h)(6) & (h)(7). Failing to timely object to this order as

2

provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

June 18, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge