IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiffs,<br><br>vs.<br><br>MELISSA CARMONA VALENZUELA,<br>and JOSE MUNOZ PERDOMO,<br><br>  Defendants. | 4:19CR3048<br><br>ORDER |

Motions to dismiss, to suppress, and to determine competency are currently pending.

Accordingly,

IT IS ORDERED that as to **both defendants**, trial of this case is continued pending resolution of pretrial motions.

Dated this 23rd day of July, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge