IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiffs, | **4:19CR3048** |
| vs. | |
| MELISSA CARMONA VALENZUELA, | **ORDER** |
| Defendants. | |

Due to the extensive issues raised in the Defendant's motion to suppress, the likely length of the hearing, and the court's paramount interest in assuring the defendant can actively participate in the preparation of this case,

IT IS ORDERED that the defendant's motion for leave to appear telephonically, (Filing No. 97), is denied.

August 23, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge